IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NYJUAN SHANDEZ WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-CV-56-ALB |
| ) | [WO] |
| CORRECTIONAL OFFICER HARMON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On October 10, 2019, the Magistrate Judge filed a Recommendation (Doc. 17) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 17) is ADOPTED;

2. This case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 5th day of November 2019.

       /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE